| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter: Last, First, Middle):<br>**Poska, Robert** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Poska, Mary** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**\*\*\*-\*\*-5367** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**\*\*\*-\*\*-0454** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**704 E. 1st St.<br>Lockport, IL 60441** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**704 E. 1st St.<br>Lockport, IL 60441** |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: **Will** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [X] Individual(s)    [ ] Railroad<br>[ ] Corporation    [ ] Stockbroker<br>[ ] Partnership    [ ] Commodity Broker<br>[ ] Other _____ | | [X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>[X] Consumer/Non-Business    [ ] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e)(optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>[X] | 16-49<br>[ ] | 50-99<br>[ ] | 100-199<br>[ ] | 200-999<br>[ ] | 1000-over<br>[ ] |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000<br>[ ] | $50,001 to $100,000<br>[ ] | $100,001 to $500,000<br>[X] | $500,001 to $1 million<br>[ ] | $1,000,001 to $10 million<br>[ ] | $10,000,001 to $50 million<br>[ ] | $50,000,001 to $100 million<br>[ ] | More than $100 million<br>[ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000<br>[ ] | $50,001 to $100,000<br>[ ] | $100,001 to $500,000<br>[X] | $500,001 to $1 million<br>[ ] | $1,000,001 to $10 million<br>[ ] | $10,000,001 to $50 million<br>[ ] | $50,000,001 to $100 million<br>[ ] | More than $100 million<br>[ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Robert Poska**<br>**Mary Poska** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (if more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Robert a Poska_
Signature of Debtor

X _Mary S Plot_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_10/5/05_
Date

### Signature of Debtor (Corporate/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

   **Not Applicable**
Print or Type Name of Authorized Individual

   **Not Applicable**
Title of Authorized Individual

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
**Neil P. Gantz**
Printed Name of Attorney for Debtor(s)
**Neil P. Gantz, Esq.**
Firm Name
**105 W. Madison Street**
Address
**Chicago, IL   60602**

**(312)726-4880**
Telephone Number
_10/12/05_
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
[ ] Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  _10/12/05_
Signature of Attorney for Debtor(s)   Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

   **Not Applicable**
Printed Name of Bankruptcy Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Not Applicable**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern

In re:  Robert Poska
        ***-**-5367

Mary Poska
***-**-0454

Case No. _____

Chapter  7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 170,000.00 | | |
| B - Personal Property | YES | 2 | $ 6,880.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 168,939.84 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 123,065.10 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 4,954.00 |
| Total Number of sheets in ALL Schedules >> | | 15 | | | |
| Total Assets >> | | | $ 176,880.00 | | |
| Total Liabilities >> | | | | $ 292,004.94 | |

In re:  Robert Poska                    Mary Poska                    Case No. _____
        ***-**-5367                     ***-**-0454

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" (or "0.00") in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 704 E. 1st St. Lockport, IL 60441 | | | 170,000.00 | 168,939.84 |

TOTAL »            170,000.00

N.P.G.

In re: Robert Poska     Mary Poska     Case No. _____
\*\*\*-\*\*-5367     \*\*\*-\*\*-0454

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, write "None" in the appropriate position. If the debtor is married, state whether husband, wife or both own the property by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | NONE | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Charter One | | 2,200.00 |
| | National City Bank Account | | 180.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | Used Furniture | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | Used Clothing | | 500.00 |
| 7. Furs and jewelry. | NONE | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |

Schedule B - Page 1

In re:  Robert Poska                    Mary Poska                    Case No. _____
        ***-**-5367                     ***-**-0454

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds.  Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property.  Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 1996 Explorer | | 1,200.00 |
| | 1998 Dodge Ram | | 2,300.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested.  Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed.  Itemize. | NONE | | 0.00 |

TOTAL »    6,880.00

Schedule B - Page 2

In re:  Robert Poska                Mary Poska                    Case No. _____
        ***-**-5367                 ***-**-0454

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[ ]  11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[X]  11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1996 Explorer | 735 ILCS 5/12-1001(c) | 100.00 | 1,200.00 |
| 1998 Dodge Ram | 735 ILCS 5/12-1001(c) | 2,300.00 | 2,300.00 |
| 704 E. 1st St. Lockport, IL 60441 | 735 ILCS 5/12-901 | 1,060.16 | 170,000.00 |
| Charter One | 735 ILCS 5/12-1001(b) | 2,200.00 | 2,200.00 |
| National City Bank Account | 735 ILCS 5/12-1001(b) | 180.00 | 180.00 |
| Used Clothing | 735 ILCS 5/12-1001(a),(e) | 500.00 | 500.00 |
| Used Furniture | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |

N. P. G.

In re:  Robert Poska
     \*\*\*-\*\*-5367

Mary Poska
     \*\*\*-\*\*-0454

Case No. _____

# Schedule D - Creditors Holding Secured Claims

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community".

If the claim is contingent, unliquidated, or disputed, so state in the column labeled "Contingent, Unliquidated, Disputed".  (More than one of these may apply.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. 0075526954 | NO | | | | | |
| **Washington Mutual** **P.O. Box 9001091** **Louisville, KY 40290-1091** | | | 704 E. 1st St. Lockport, IL 60441 | | **168,939.84** | **0.00** |
| | | | VALUE $     170,000.00 | | | |

Subtotal ›
(Total of this page)

**168,939.84**

TOTAL ›

**168,939.84**

N.P.G.

In re:   Robert Poska            Mary Poska            Case No. _____
         ***-**-5367             ***-**-0454

# Schedule E - Creditors Holding Unsecured Priority Claims

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provide. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliqudated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

[ ]   Extensions of credit in an involuntary case

> Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ]   Wages, salaries, and commissions

> Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ]   Contributions to employee benefit plans

> Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]   Certain farmers and fishermen

> Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ]   Deposits by individuals

> Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ]   Alimony, Maintenance, or Support

> Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[ ]   Taxes and Other Certain Debts Owed to Governmental Units

> Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

In re:  Robert Poska
\*\*\*-\*\*-5367

Mary Poska
\*\*\*-\*\*-0454

Case No. _____

# Schedule E - Creditors Holding Unsecured Priority Claims

[ ]  Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  Other Priority Debts

N.P.G.

In re:  Robert Poska
        \*\*\*-\*\*-5367

Mary Poska
\*\*\*-\*\*-0454

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing the petition.  Do not include claims listed in Schedules D and E.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community".

If the claim is contingent, unliquidated, or disputed, so state in the column labeled "Contingent, Unliquidated, Disputed".  (More than one of these may apply.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 5184450041046149<br><br>Chase<br>P.O. Box 52046<br>Phoenix, AZ 85072 | NO | | | | 8,500.00 |
| ACCT. NO. 4417125098138344<br><br>Chase Bank One<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | NO | | | | 2,600.00 |
| ACCT. NO. 5424180447653962<br><br>Citi<br>P.O. Box 6401<br>The Lakes, NV 88901-6401 | NO | | | | 600.00 |
| ACCT. NO. 444 0337619<br><br>Citibank<br>P.O. Box 8104<br>S. Hackensack, NJ 07606-8104 | NO | | | | 2,500.00 |
| ACCT. NO. 5424180344682346<br><br>CitiCard<br>P.O. Box 6419<br>The Lakes, NV 88901-6419 | NO | | | | 5,000.00 |
| ACCT. NO. 6011-0072-6252-0751<br><br>Discover Card<br>P.O. Box 8003<br>Hillard, OH 43026 | NO | | | | 4,169.90 |
| ACCT. NO. 5569-5499-9909-2412<br><br>GE Capital Financial<br>Productivity Card/GE Capital<br>Financial<br>P.O. Box 410426<br>Salt Lake City, UT 84141-0426 | NO | | | | 7,420.38 |

Subtotal ▸
(Total of this page)   30,790.28

In re: Robert Poska                Mary Poska             Case No. _____
     ***-**-5367                    ***-**-0454

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 6035322004668608   NO<br><br>Home Depot<br>LTD Financial Services<br>Ref# 006866172<br>7322 Southwest Freeway. Ste 1600<br>Houston, TX 77074 | | | | | 1,833.35 |
| ACCT. NO. UNKNOWN   NO<br><br>Johnson, Goldberg & Brown, Ltd.<br>6703 N. Cicero Ave<br>Lincolnwood, IL 60172 | | | | | 1,800.00 |
| ACCT. NO. 026-7779-056   NO<br><br>Kohls<br>P.O. Box 3084<br>Milwaukee, WI 53201-3084 | | | | | 307.71 |
| ACCT. NO. 4264 2929 6703 7793  NO<br><br>MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | | | | | 20,014.82 |
| ACCT. NO. 6004-3005-8055-4977  NO<br><br>Menards<br>HSBC Business Solutions<br>P.O. Box 5219<br>Carol Stream, IL 60197-5219 | | | | | 11,938.42 |
| ACCT. NO. 2-02-44-1861 4   NO<br><br>Nicor<br>Nicor Gas<br>P.O. Box 310<br>Aurora, IL 60507-0310 | | | | | 5,237.12 |
| ACCT. NO. 6011564204760176   NO<br><br>Office Depot<br>Dept 56-4204760176<br>Office Depot Credit Plan<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | | | | | 815.13 |
| ACCT. NO. 48-5621-0   NO<br><br>Orange Lake<br>8505 W. Irio<br>Bronson Memorial Hwy<br>Kissimmee, FL | | | | | 731.20 |

Subtotal ➤      42,677.75
(Total of this page)

In re:  Robert Poska                    Mary Poska                     Case No. _____
        ***-**-5367                     ***-**-0454

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 48965<br><br>R.O.M. Corporation<br>6800 E. 163rd St<br>Belton, MO 64012-5463 | NO | | | | 49,597.07 |

Subtotal »<br>(Total of this page) **49,597.07**

TOTAL » **123,065.10**

N.P.G.

Schedule F - Page 3 of 3

In re: Robert Poska
        ***-**-5367

Mary Poska
***-**-0454

Case No. _____

# Schedule G - Executory Contracts and Unexpired Leases

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A PARTY LISTED ON THIS SCHEDULE MUST ALSO BE LISTED ON THE MASTER MAILING MATRIX.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

N.P.G.

Schedule G - Page 1

In re: Robert Poska                      Mary Poska                      Case No. _____
       ***-**-5367                       ***-**-0454

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.
NOTE: A PARTY LISTED ON THIS SCHEDULE MUST ALSO BE LISTED ON THE MASTER MAILING MATRIX.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

N.P.G.

Schedule H - Page 1

In re: Robert Poska          Mary Poska              Case No. _____
***-**-5367                  ***-**-0454

# Schedule I - Current Income Of Individual Debtor(s)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:<br>Spouse's Age: | NAMES<br>  Crystal<br>  Kyle<br>  Tori<br>  Trent | AGE<br>12<br>11<br>4<br>8 | RELATIONSHIP<br>Daughter<br>Son<br>Daughter<br>Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| How long employed | | |
| Name and Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.) Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b.) Insurance | $ | 0.00 | $ | 0.00 |
| c.) Union dues | $ | 0.00 | $ | 0.00 |
| d.) Other | | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 0.00 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME     $        0.00

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**NONE**

Schedule I - Page 1

In re:  Robert Poska        Mary Poska         Case No. _____
***-**-5367                 ***-**-0454

# Schedule J - Current Expenditures Of Individual Debtor(s)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,620.00 |
| Are real estate taxes included?   [x] Yes  [ ] No | | |
| Is property insurance included?   [ ] Yes  [x] No | | |
| | | |
| Utilities:  Electricity and heating fuel | $ | 130.00 |
| Water and sewer | $ | 130.00 |
| Telephone | $ | 240.00 |
| Other:  **Barber Beauty Shop** | $ | 50.00 |
| **Cable, TV, Movies** | $ | 93.00 |
| **Garbage** | $ | 66.00 |
| **Grass** | $ | 100.00 |
| **School Registration** | $ | 100.00 |
| | | |
| Home Maintenance (Repairs and upkeep) | $ | 100.00 |
| Food | $ | 500.00 |
| Clothing | $ | 250.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 150.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 110.00 |
| Health | $ | 465.00 |
| Auto | $ | 300.00 |
| Other: | $ | 0.00 |
| | | |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other: | $ | 0.00 |
| | | |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ | 0.00 |
| Other: | $ | 0.00 |

| | | |
|---|---|---:|
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 4,954.00 |

In re:   Robert Poska                    Mary Poska                    Case No. _____
         ***-**-5367                     ***-**-0454

# Schedule J - Current Expenditures Of Individual Debtor(s)

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A.  Total projected monthly income
B.  Total projected monthly expenses
C.  Excess income (A minus B)
D.  Total amount to be paid into plan

N.P.G.

In re:  Robert Poska          Mary Poska          Case No. _____
        ***-**-5367           ***-**-0454

# Declaration Concerning Debtor's Schedules

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   14 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/5/05_          Signature _Robert A. Poska_
                                   Robert  Poska

Date _10/5/05_          Signature _____
                                   Mary  Poska

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

**(NOT APPLICABLE)**

N.P.G.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152 and 3571.

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern

| In re: | Robert Poska<br>***-**-5367 | Mary Poska<br>***-**-0454 | Case No. _____<br>Chapter  7 |
|---|---|---|---|

# STATEMENT OF FINANCIAL AFFAIRS

---

None
[ ]

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 123,336.00 | | 2004 |
| 95,181.00 | | 2003 |
| 96,453.00 | | 2002 |

---

None
[X]

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
[X]

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None
[X]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[X]

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
[X]

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
[X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
[X]

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None
[X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
[X]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

### 10. Other transfers

None
[X]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 11. Closed financial accounts

None
[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None
[X]

List all property owned by another person that the debtor holds or controls.

Statement of Financial Affairs - Page 2

## 15. Prior address of debtor

None
[X]

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _10/5/05_

Signature _Robert A Poska_
Robert Poska

Date _10/5/05_

Signature _Mary P_
Mary Poska

N.P.G.

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois
## Eastern

In re:  Robert Poska          Mary Poska              Case No. _____
        ***-**-5367           ***-**-0454
                                                       Chapter  7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with repect to the property of the estate which secures those consumer debts:

A. *Property To Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| 1.  **NONE** | |

B. *Property To Be Retained.*                              *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 704 E. 1st St. Lockport, IL 60441 | **Washington Mutual** | | | X | |

Date: 10/5/05

Robert Poska, Debtor

Date: 10/5/05

Mary Poska, Joint Debtor

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern

In re:  Robert Poska                Mary Poska                Case No.
\*\*\*-\*\*-5367                          \*\*\*-\*\*-0454                  Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or
    to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $_____**1,500.00**

    Prior to filing this statement, I have received                                $_____**0.00**

    Balance Due                                                                     $_____**1,500.00**

2.  The source of compensation paid to me is:

    [X] Debtor                    [ ] Other(specify)

3.  The source of compensation to be paid to me is:

    [X] Debtor                    [ ] Other(specify)

4.  [ ]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [X]  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
         copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file
        a petition under Title 11, United States Code;

    b)  Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

    c)  Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

    d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)  (Other provisions as needed)

        **NONE**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

    **NONE**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:  10/12/05

Neil P. Gantz, Bar No. 0911135
Neil P. Gantz, Esq.
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern

In re:  Robert Poska                    Mary Poska                        Case No. _____
        ***-**-5367                     ***-**-0454                       Chapter  7
        Debtors

# LIST TO SHARE COMPENSATION

**NONE**

N.P.G.

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern

In Re:
   **Robert Poska**
   **\*\*\*-\*\*-5367**

   **Mary Poska**
   **\*\*\*-\*\*-0454**

)
)
)
)
)
)
)
)

NO. _____

JUDGE: **NONE** _____

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

__**Robert Poska and Mary Poska**__

(here insert all parties represented by affiant)

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception"):

    **No exception**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception"):

    **No exception**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that a signed copy thereof has been furnished to each party he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on __10|12|05__
Date

_____
Neil P. Gantz, Affiant