IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ROBERT AND MARY POSKA, | ) | CASE NO. 05-57798 BWB (Joliet) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtors | ) | |

## PROPOSED DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 44,257.49 |
| Chapter 7 Administrative Expenses: | $ 63,648.16 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 6,455.36 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 73,520.15 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 187,881.16 |

DISTRIBUTION REPORT                                                                  PAGE 2 OF 7

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $50,000.00 | 88.51% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| JR LIEN | Comerica | 50,000.00[1] | 44,257.49 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $100,525.16 | 100.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | DEBORAH K. EBNER, *Trustee Fees* | 69,000.00 | 59,000.00 |
| | DEBORAH K. EBNER, *Trustee Expenses* | 263.07 | 263.07 |
| | Popowcer Katten. Ltd., *Trustee's Accountants Fees (Other Firm)* | 4,336.50 | 4,336.50 |
| | Popowcer Katten. Ltd., *Trustee's Accountants Expenses (Other Firm)* | 5.81 | 5.81 |
| | Morgan & Bley, Ltd., *Trustee's Special Counsel Fees (Other Firm)* | 26,877.00 | 42.78 |
| | Morgan & Bley, Ltd., *Trustee's Special Counsel Expenses (Other Firm)* | 42.78 | 0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

---

[1] Pursuant to this Court's order dated March 21, 2006, Comerica's secured claim, in part, was subordinated to certain administrative claims, payment of certain taxes and partial distribution to general unsecured creditors. Pursuant to this Court's order dated March 21, 2006, Comerica will receive a maximum of $50,000.00. The dividend Comerica is anticipated to be 88.51% of the maximum allowed claim.

**EXHIBIT D**

Case 05-57798 Doc 66-4 Filed 01/13/08 Entered 01/13/08 12:17:58 Desc Exhibit
Page 3 of 7

DISTRIBUTION REPORT                                                                  PAGE 3 OF 7

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL | FINAL |
|---|---|---|---|

EXHIBIT D

| DISTRIBUTION REPORT | | PAGE 4 OF 7 |
|---|---|---|
| | AMOUNT OF CLAIMS | DIVIDEND% |
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $6,455.36 | 100.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 12    INTERNAL REVENUE SERVICE, *Claims of governmental units* | 2,650.36 | 2,650.36 |
| 13A   Illinois Dept. of Revenue, *Claims of governmental units* | 3,805.00 | 3,805.00 |

**EXHIBIT D**

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $830,595.58 | 88.51%[2] |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Orange Lake, *General Unsecured Claim* | 386.45 | 34.21 |
| 2 | Kohl's Department Store, *General Unsecured Claim* | 512.40 | 45.36 |
| 3 | Chase Bank USA, N.A., *General Unsecured Claim* | 2,810.82 | 248.80 |
| 4 | Chase Bank USA, N.A., *General Unsecured Claim* | 8,193.35 | 725.24 |
| 5 | Discover Bank/Discover Financial Services, *General Unsecured Claim* | 4,366.99 | 386.54 |
| 7 | Employer Outsource Service, Inc., *General Unsecured Claim* | 780,001.28 | 69,041.79 |
| 8 | MBNA America Bank NA, *General Unsecured Claim* | 21,077.52 | 1,865.67 |
| 9 | Citibank (South Dakota) NA, *General Unsecured Claim* | 5,251.67 | 464.85 |
| 10 | GE Capital Financial, *General Unsecured Claim* | 7,995.10 | 707.69 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

---

[2] Pursuant to this Court's order dated March 21, 2006, general unsecured creditors will receive a maximum of 10% of allowed claims. The general unsecured dividend is anticipated to be 88.51% of the maximum allowed claims.

**EXHIBIT D**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $4,623.30 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 11 | Schyler, Roche & Zwirner, *Tardily filed general unsecured claim* | 3,629.30 | 0.00 |
| 13B | Illinois Dept. of Revenue, *Tardily filed general unsecured claim* | 994.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

EXHIBIT D

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 6 | Harry F. Chaddick Realty, Inc. c/o Kovitz Shifrin Nesbit 750 Lake Cook Road, Suite 350 Buffalo Grove, IL  60089 | $96,800.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____        _____
                                                                DEBORAH K. EBNER, Trustee

EXHIBIT D