**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| | ) | |
| **ROBERT AND MARY POSKA,** | ) | **CASE NO. 05-57798 BWB (Joliet)** |
| | ) | |
| **Debtors** | ) | **JUDGE BRUCE W. BLACK** |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    WILL COUNTY COURT ANNEX
>        57 N. OTTAWA ST., ROOM 201
>        JOLIET, IL 60432
>
> on:    **February 29, 2008**
> at:    **9:15 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 2,328,324.90 |
| b. Disbursements | $ | 2,140,443.74 |
| c. Net Cash Available for Distribution | $ | 187,881.16 |

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation/Expenses Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | $ | 10,000.00 | $ | 59,000.00 | $ | 263.07 |
| Popowcer Katten, Ltd., *Trustee's Accountant* | $ | 0.00 | $ | 4,336.50 | $ | 5.81 |
| Morgan & Bley, Ltd., *Trustee's Special Counsel* | $ | 26,919.78 | $ | 0.00 | $ | 0.00 |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,455.36 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|---|
| 12 | INTERNAL REVENUE SERVICE | $ | 2,650.36 | $ | 2,650.36 |

| 13A | Illinois Dept. of Revenue | $ | 3,805.00 | $ | 3,805.00 |

6.  Claims of general unsecured creditors totaling $830,595.58 with timely filed claims and claims of a junior lien holder totaling $50,000.00, have been allowed and will be paid *pro rata* (**pursuant to the provisions of (and maximum amounts set forth within) this Court's order dated March 21, 2006**) only after all allowed administrative and priority claims have been paid in full. *Pursuant to this Court's order dated March 21, 2006, general unsecured creditors will receive a maximum of 10% of allowed claims and Comerica (junior lien holder) will receive a maximum of $50,000.00.* The general unsecured dividend and dividend to the junior lien holder is anticipated to be 88.51% of the maximum allowed claims.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Claim | Maximum Allowed | Proposed Dividend |
|---|---|---|---|---|
| 1 | Orange Lake | $386.45 | $38.65 | $34.21 |
| 2 | Kohl's Department Store | $512.40 | $51.24 | $45.36 |
| 3 | Chase Bank USA, N.A. | $2,810.82 | $281.08 | $248.80 |
| 4 | Chase Bank USA, N.A. | $8,193.35 | $819.34 | $725.24 |
| 5 | Discover Bank/Discover Financial Services | $4,366.99 | $436.70 | $386.54 |
| 6 | Harry F. Chaddick Realty, Inc. | $0.00 | $0.00 | $0.00 |
| 7 | Employer Outsource Service, Inc. | $780,001.28 | $78,000.13 | $69,041.79 |
| 8 | MBNA America Bank NA | $21,077.52 | $2,107.75 | $1,865.67 |
| 9 | Citibank (South Dakota) NA | $5,251.67 | $525.17 | $464.85 |
| 10 | GE Capital Financial | $7,995.10 | $799.51 | $707.69 |
| 11 | Schyler, Roche & Zwirner | $3,629.30 | $0.00 | $0.00 |
| 13B | Illinois Dept. of Revenue | 994.00 | $0.00 | $0.00 |
| Jr Lien | Comerica | $50,000.00 | $50,000.00 | $44,257.49 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **January 18, 2008**                     For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604