# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| **ROBERT AND MARY POSKA,** | ) | **CASE NO. 05-57798 BWB (Joliet)** |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtors, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: WILL COUNTY COURT ANNEX
    57 N. OTTAWA ST., ROOM 201
    JOLIET, IL 60432

    on: **February 29, 2008**
    at: **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | a. Receipts | $ 2,328,324.90 |
    | b. Disbursements | $ 2,140,443.74 |
    | c. Net Cash Available for Distribution | $ 187,881.16 |

4.  Applications for administration fees and expenses have been filed as follows:

    | Applicant | Compensation/Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
    |---|---|---|---|
    | Deborah K. Ebner, Trustee | $ 10,000.00 | $ 59,000.00 | $ 263.07 |
    | Popowcer Katten, Ltd., *Trustee's Accountant* | $ 0.00 | $ 4,336.50 | $ 5.81 |
    | Morgan & Bley, Ltd., *Trustee's Special Counsel* | $ 26,919.78 | $ 0.00 | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,455.36 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12 | INTERNAL REVENUE SERVICE | $ 2,650.36 | $ 2,650.36 |

| | | | | |
|---|---|---|---|---|
| 13A | Illinois Dept. of Revenue | | $ 3,805.00 | $ 3,805.00 |

6. Claims of general unsecured creditors totaling $830,595.58 with timely filed claims and claims of a junior lien holder totaling $50,000.00, have been allowed and will be paid *pro rata* (**pursuant to the provisions of (and maximum amounts set forth within) this Court's order dated March 21, 2006**) only after all allowed administrative and priority claims have been paid in full. *Pursuant to this Court's order dated March 21, 2006, general unsecured creditors will receive a maximum of 10% of allowed claims and Comerica (junior lien holder) will receive a maximum of $50,000.00.* The general unsecured dividend and dividend to the junior lien holder is anticipated to be 88.51% of the maximum allowed claims.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Claim | Maximum Allowed | Proposed Dividend |
|---|---|---|---|---|
| 1 | Orange Lake | $386.45 | $38.65 | $34.21 |
| 2 | Kohl's Department Store | $512.40 | $51.24 | $45.36 |
| 3 | Chase Bank USA, N.A. | $2,810.82 | $281.08 | $248.80 |
| 4 | Chase Bank USA, N.A. | $8,193.35 | $819.34 | $725.24 |
| 5 | Discover Bank/Discover Financial Services | $4,366.99 | $436.70 | $386.54 |
| 6 | Harry F. Chaddick Realty, Inc. | $0.00 | $0.00 | $0.00 |
| 7 | Employer Outsource Service, Inc. | $780,001.28 | $78,000.13 | $69,041.79 |
| 8 | MBNA America Bank NA | $21,077.52 | $2,107.75 | $1,865.67 |
| 9 | Citibank (South Dakota) NA | $5,251.67 | $525.17 | $464.85 |
| 10 | GE Capital Financial | $7,995.10 | $799.51 | $707.69 |
| 11 | Schyler, Roche & Zwirner | $3,629.30 | $0.00 | $0.00 |
| 13B | Illinois Dept. of Revenue | 994.00 | $0.00 | $0.00 |
| Jr Lien | Comerica | $50,000.00 | $50,000.00 | $44,257.49 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **January 18, 2008**              For the Court,


                                By:  **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 2                Date Rcvd: Jan 18, 2008
Case: 05-57798                  Form ID: pdf002              Total Served: 35

The following entities were served by first class mail on Jan 20, 2008.
db           +Robert Poska,    704 E  1st St,    Lockport, IL 60441-3107
jdb          +Mary Poska,    704 E 1st St,    Lockport, IL 60441-3107
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah Ebner,    Law Office of Deborah K. Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +Neil P Gantz,    Neil Gantz Law Offices,    105 W Madison St,    Chicago, IL 60602-4602
aty          +Timothy C. Culbertson,    Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,
               Chicago, IL 60607-3024
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10296302     +Chase,    P.O. Box 52046,    Phoenix, AZ 85072-2046
10296303      Chase Bank One,    P.O. Box 15153,    Wilmington, DE 19886-5153
10618420     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10296304      Citi,    P.O. Box 6401,    The Lakes, NV 88901-6401
10296306      CitiCard,    P.O. Box 6419,    The Lakes, NV 88901-6419
10296305      Citibank (South Dakota) NA,    Exception Payment Processing,    POB 6305,
               The Lakes, NV  88901-6305
10709258     +Employer Outsource Service, Inc.,    c/o Shaw Gussis,    Attn: Robert W. Glantz, Esq.,
               321 N. Clark Street, Suite 800,    Chicago, IL 60610-4766
10690724     +Employer Outsource Services Inc,    c/o Shaw Gussis Fishman Glantz et al,    321 N Clark St,
               Ste 800,    Chicago, IL 60610-4766
10296308      GE Capital Financial,    Productivity Card/GE Capital,    Financial,    P.O. Box 410426,
               Salt Lake City, UT 84141-0426
10643426     +Harry F. Chaddick Realty, Inc.,    c/o Kovitz Shifrin Nesbit,    750 Lake Cook Road, Suite 350,
               Buffalo Grove, IL 60089-2088
10296309     +Home Depot,    LTD Financial Services,    Ref# 006866172,    7322 Southwest Freeway. Ste 1600,
               Houston, TX 77074-2053
10825422     +INTERNAL REVENUE SERVICE,    P.O. BOX 21125,    PHILADELPHIA, PA 19114-0325
11796181     +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street,
               Chicago, Illinois 60601-3218
10296310     +Johnson, Goldberg & Brown, Ltd.,    6703 N. Cicero Ave,    Lincolnwood, IL 60712-3398
10609851     +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10296311      Kohls,    P.O. Box 3084,    Milwaukee, WI 53201-3084
10296312     +MBNA America Ban NA,    P.O. Box 15168,    Mailstop DE5-014-02-03,    Wilmington, DE 19850-5168
10296313      Menards,    HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
10296300     +Neil P. Gantz,    Neil P. Gantz, Esq.,    105 W. Madison Street,    Chicago, IL 60602-4602
10296315      Office Depot,    Dept 56-4204760176,    Office Depot Credit Plan,    P.O. Box 689020,
               Des Moines, IA 50368-9020
10296316     +Orange Lake,    8505 W. Irio,    Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
10487827      Orange Lake Country Club, Inc.,    8505 W. Irlo Bronson Mem. Hwy,    Kissimmee, FL 34747
10296317      R.O.M. Corporation,    6800 E. 163rd St,    Belton, MO 64012-5463
10823470     +Schyler, Roche & Zwirner,    130 E. Randolph Street,    Suite 3800,    Chicago, Illinois 60601-6312
10296301      Washington Mutual,    P.O. Box 9001091,    Louisville, KY 40290-1091

The following entities were served by electronic transmission on Jan 19, 2008.
10629550      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2008 02:38:39
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10296307      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2008 02:38:39      Discover Card,
               P.O. Box 8003,    Hillard, OH 43026
10296314      E-mail/Text: bankrup@nicor.com                                   Nicor,    Nicor Gas,    P.O. Box 310,
               Aurora, IL 60507-0310
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10296299*    +Mary Poska,    704 E. 1st St.,    Lockport, IL 60441-3107
10296298*    +Robert Poska,    704 E. 1st St.,    Lockport, IL 60441-3107
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Jan 18, 2008
Case: 05-57798               Form ID: pdf002          Total Served: 35
```

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**              **Signature:**     *Joseph Speetjens*