IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>Poska, Robert<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-57798 BB<br><br>HONORABLE BRUCE BLACK |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form 11 is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

8/25/08
DATE

DEBORAH K. EBNER, TRUSTEE

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ROBERT POSKA & ) CASE NO. 05 B 57798
MARY POSKA )
) CHAPTER 7 CASE
DEBTORS )
) JUDGE BRUCE W. BLACK
)
)

**ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period March 29, 2006 through November 14, 2007 in the amount of $4,336.50 and reimbursement of expenses in the amount of $5.81.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT:

ENTERED
FEB 2 9 2008

_____
BRUCE W. BLACK, BANKRUPTCY JUDGE
U.S. BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ROBERT POSKA & MARY POSKA<br><br>DEBTORS | CASE NO. 05 B 57798<br><br>CHAPTER 7 CASE<br><br>JUDGE BRUCE W. BLACK |

### ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period March 29, 2006 through November 14, 2007 in the amount of $4,336.50 and reimbursement of expenses in the amount of $5.81.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT:

ENTERED
FEB 2 9 2008

_____
U.S. BANKRUPTCY JUDGE
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 7 |
| Robert Poska and ) | Case No: 05 B 57798 |
| Mary Poska ) | |
| ) | Honorable Bruce W. Black |
| Debtor, ) | |
| ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to the Law Office of Deborah K. Ebner, Trustee, for Allowance and Payment of Final Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $59,000.00 | Total Costs Requested: | $263.07 |
| Fees Disallowed: | $ 1,859.32 | Costs Disallowed: | $ 34.68 |
| Total Fees Allowed: | $57,140.68 | Total Costs Allowed: | $228.39 |

Total Fees and Costs Allowed:    $57,369.07

THE COURT HAS IDENTIFIED THE ATTACHED NOTED TIME AND EXPENSE
ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)    Improper Allocation of Profession Resources**

The Court denies the allowance in part of compensation for the following task because a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."*In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same);*In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner):

Attorney and paraprofessional charges for clerical services            $ 563.82
(i.e. prepare copies, mailing, convert docs to pdf, e-filing,
Service of exhibits by fax, prepare service list, banking.)

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task because the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task.*In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project...An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of

little benefit to the estate."*In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987):

Court appearances are allowed at .3 per appearance.                    $ 1229.50

(3) **Insufficient Description**
The Court denies the allowance of compensation for the following task because the description of the time entry fails to identify in a reasonable manner the service rendered.*In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987):

Expenses with no description                                           $   34.68

(4) **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

Communications re: problems with system                                $   66.00

Debra K. Ebner is hereby awarded an allowance of final compensation and expenses as set forth above.

Dated: 3-20-08                          Entered:

                                        /s/ Bruce W. Black
                                        Bruce W. Black
                                        United States Bankruptcy Court

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ROBERT AND MARY POSKA, | ) | CASE NO. 05-57798 BWB (Joliet) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtors | ) | |

## DISTRIBUTION REPORT

I, <u>DEBORAH K. EBNER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 45,207.12 |
| Chapter 7 Administrative Expenses: | $ 61,711.38 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 6,455.36 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 75,097.69 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 188,471.55 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $50,000.00 | 90.41% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| JR LIEN | Comerica | 50,000.00[1] | 45,207.12 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $100,525.16 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | DEBORAH K. EBNER, *Trustee Fees* | 67,140.68 | 57,140.68 |
| | DEBORAH K. EBNER, *Trustee Expenses* | 228.39 | 228.39 |
| | Popowcer Katten. Ltd., *Trustee's Accountants Fees (Other Firm)* | 4,336.50 | 4,336.50 |
| | Popowcer Katten. Ltd., *Trustee's Accountants Expenses (Other Firm)* | 5.81 | 5.81 |
| | Morgan & Bley, Ltd., *Trustee's Special Counsel Fees (Other Firm)* | 26,877.00 | 0.00 |
| | Morgan & Bley, Ltd., *Trustee's Special Counsel Expenses (Other Firm)* | 42.78 | 0.00 |
| | | | 61,711.38 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

---

[1] Pursuant to this Court's order dated March 21, 2006, Comerica's secured claim, in part, was subordinated to certain administrative claims, payment of certain taxes and partial distribution to general unsecured creditors. Pursuant to this Court's order dated March 21, 2006, Comerica will receive a maximum of $50,000.00.

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $6,455.36 | 100.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 12    INTERNAL REVENUE SERVICE, *Claims of governmental units* | 2,650.36 | 2,650.36 ✓ |

| | | | |
|---|---|---:|---:|
| 13A | Illinois Dept. of Revenue, *Claims of governmental units* | 3,805.00 | 3,805.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $830,595.58 | 9.41%[2] |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Orange Lake, *General Unsecured Claim* | 386.45 | 34.95 |
| 2 | Kohl's Department Store, *General Unsecured Claim* | 512.40 | 46.33 |
| 3 | Chase Bank USA, N.A., *General Unsecured Claim* | 2,810.82 | 254.14 |
| 4 | Chase Bank USA, N.A., *General Unsecured Claim* | 8,193.35 | 740.80 |
| 5 | Discover Bank/Discover Financial Services, *General Unsecured Claim* | 4,366.99 | 394.84 |
| 7 | Employer Outsource Service, Inc., *General Unsecured Claim* | 780,001.28 | 70,523.22 |
| 8 | MBNA America Bank NA, *General Unsecured Claim* | 21,077.52 | 1,905.71 |
| 9 | Citibank (South Dakota) NA, *General Unsecured Claim* | 5,251.67 | 474.83 |
| 10 | GE Capital Financial, *General Unsecured Claim* | 7,995.10 | 722.87 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|

---

[2] Pursuant to this Court's order dated March 21, 2006, general unsecured creditors will receive a maximum of 10% of allowed claims.

| | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $4,623.30 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 11 | Schyler, Roche & Zwirner, *Tardily filed general unsecured claim* | 3,629.30 | 0.00 |
| 13B | Illinois Dept. of Revenue, *Tardily filed general unsecured claim* | 994.00 | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND |
|---|---|---|---|

|  |  | OF CLAIMS | % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor |  | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 6 | Harry F. Chaddick Realty, Inc. c/o Kovitz Shifrin Nesbit 750 Lake Cook Road, Suite 350 Buffalo Grove, IL 60089 | $96,800.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: March 21, 2008            /s/
                                 DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

Case Number: 05-57798 BB
Case Name: Poska, Robert
Taxpayer ID #: 13-7497438
Period Ending: 08/21/08

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****52-19 - Time Deposit Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/07 | | FUNDING ACCOUNT: ********5265 | | 9999-000 | 170,000.00 | | 170,000.00 |
| 08/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 594.40 | | 170,594.40 |
| 11/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 589.90 | | 171,184.30 |
| 01/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 394.41 | | 171,578.71 |
| 02/13/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 166.48 | | 171,745.19 |
| 02/21/08 | | JP MORGAN CHASE | Transfer to close | 9999-000 | | 171,745.19 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 171,745.19 | 171,745.19 | $0.00 |
| Less: Bank Transfers | 170,000.00 | 171,745.19 | |
| Subtotal | 1,745.19 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,745.19 | $0.00 | |

{} Asset reference(s)

Printed: 08/21/2008 07:38 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-57798 BB | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | Poska, Robert | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7497438 | | Account: | ***_*****52-65 - Money Market Account |
| Period Ending: | 08/21/08 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/09/06 | {1} | Michael's Cartage | License Fee | 1290-000 | 12,000.00 | | 12,000.00 |
| 02/24/06 | {2} | Michael's Cartage | down payment - to bid | 1210-000 | 50,000.00 | | 62,000.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.41 | | 62,004.41 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 36.87 | | 62,041.28 |
| 04/05/06 | {3} | American Auction Assc. | Use and occupancy | 1230-000 | 7,500.00 | | 69,541.28 |
| 04/06/06 | {2} | Herzmat Realty | | 1210-000 | 146,604.68 | | 216,145.96 |
| 04/06/06 | | Herzmat Realty, LLC | Balance of gross proceeds paid for sale of commecial real estate | 1210-000 | 2,153,395.32 | | 2,369,541.28 |
| 04/06/06 | {2} | Herzmat Realty LLC | balance of gross sale proceeds-less ernest money paid ($50,000) | 1210-000 | 2,103,395.32 | | 4,472,936.60 |
| 04/06/06 | | Herzmat Realty | VOID--Ernest money paid to seller | 2500-000 | | -50,000.00 | 4,522,936.60 |
| 04/06/06 | | Herzmat Realty | Ernest Money paid by seller | 2500-000 | | 50,000.00 | 4,472,936.60 |
| 04/06/06 | | County Recorder | 2005 Real Estate taxes | 2500-000 | | 21,482.41 | 4,451,454.19 |
| 04/06/06 | | County Recorder | 2006 Real Estate taxes | 2500-000 | | 10,358.64 | 4,441,095.55 |
| 04/06/06 | | Chicago Title/Fewkes, Wenkes, et al | Title charges and survey fees | 2500-000 | | 11,162.00 | 4,429,933.55 |
| 04/06/06 | | American Chrtd | Payoff 1st Mortgage | 2500-000 | | 1,478,392.27 | 2,951,541.28 |
| 04/06/06 | | US Small Business Administration | lien on property | 2500-000 | | 520,000.00 | 2,431,541.28 |
| 04/06/06 | | Comerica Bank | Payoff 2nd Mortgage | 2500-000 | | 50,000.00 | 2,381,541.28 |
| 04/06/06 | | Herzmat Realty LLC | credit for license fee paid | 2500-000 | | 12,000.00 | 2,369,541.28 |
| 04/06/06 | | Herzmat Realty | VOID--balance of gross sale proceeds | 1210-000 | -2,153,395.32 | | 216,145.96 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 107.44 | | 216,253.40 |
| 05/19/06 | | To Account #*******5266 | to pay attorney fees and expenses per court order to KM | 9999-000 | | 26,950.00 | 189,303.40 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 141.07 | | 189,444.47 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 124.61 | | 189,569.08 |
| | | | | Subtotals : | $2,319,914.40 | $2,130,345.32 | |

{} Asset reference(s)                                                                                                      Printed: 08/21/2008 07:38 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-57798 BB | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | Poska, Robert | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***_*****52-65 - Money Market Account |
| Taxpayer ID #: | 13-7497438 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/21/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/21/06 | 1001 | DEBORAH K. EBNER | Per Interim Order dated July 21, 2006 | 2100-000 | | 10,000.00 | 179,569.08 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 127.09 | | 179,696.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 122.14 | | 179,818.31 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 114.28 | | 179,932.59 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 126.15 | | 180,058.74 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 118.35 | | 180,177.09 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 114.48 | | 180,291.57 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 120.22 | | 180,411.79 |
| 02/25/07 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-57798 | 2300-000 | | 128.64 | 180,283.15 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 89.91 | | 180,373.06 |
| 03/03/07 | {4} | Michael Ryaan | bidder at auction | 1229-000 | 5,000.00 | | 185,373.06 |
| 03/06/07 | {4} | Michael Ryan | | 1229-000 | 1,000.00 | | 186,373.06 |
| 03/23/07 | 1003 {4} | Michael Ryan | Refund of purchase from auction - sale order vacated | 1229-000 | -6,000.00 | | 180,373.06 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 98.99 | | 180,472.05 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 102.89 | | 180,574.94 |
| 05/18/07 | | ACCOUNT FUNDED: ********5219 | | 9999-000 | | 170,000.00 | 10,574.94 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 60.58 | | 10,635.52 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.62 | | 10,643.14 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.06 | | 10,649.20 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.87 | | 10,655.07 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.31 | | 10,660.38 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.26 | | 10,666.64 |

Subtotals :  $1,226.20   $180,128.64

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-57798 BB | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- |
| Case Name: | Poska, Robert | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 13-7497438 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/21/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/27/07 | {4} | Vision Trailer Leasing | 8% interest in Crystal Leasing | 1229-000 | 6,000.00 | | 16,666.64 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.84 | | 16,672.48 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.49 | | 16,680.97 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.62 | | 16,688.59 |
| 02/22/08 | | JP Morgan Chase | transfer from Time deposit | 9999-000 | 171,745.19 | | 188,433.78 |
| 02/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.3000% | 1270-000 | 7.55 | | 188,441.33 |
| 02/24/08 | | To Account #*******5266 | Transfer to non interest checking to close | 9999-000 | | 188,441.33 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,498,915.29 | 2,498,915.29 | $0.00 |
| | | | Less: Bank Transfers | | 171,745.19 | 385,391.33 | |
| | | | Subtotal | | 2,327,170.10 | 2,113,523.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,327,170.10 | $2,113,523.96 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 05-57798 BB
Case Name: Poska, Robert
Taxpayer ID #: 13-7497438
Period Ending: 08/21/08

Trustee: DEBORAH K. EBNER (330480)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***_*****52-66 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/19/06 | | From Account #*********5265 | to pay attorney fees and expenses per court order to KM | 9999-000 | 26,950.00 | | 26,950.00 |
| 05/19/06 | 101 | Keevan Morgan | | 3210-600 | | 26,877.00 | 73.00 |
| 05/19/06 | 102 | Keevan Morgan | | 3210-600 | | 42.78 | 30.22 |
| 02/24/08 | | From Account #*********5265 | Transfer to non interest checking to close | 9999-000 | 188,441.33 | | 188,471.55 |
| 03/21/08 | 103 | Popowcer Katten. Ltd. | | 3410-000 | | 4,336.50 | 184,135.05 |
| 03/21/08 | 104 | Popowcer Katten. Ltd. | | 3420-000 | | 5.81 | 184,129.24 |
| 03/21/08 | 105 | DEBORAH K EBNER, Trustee | | 2100-000 | | 57,140.68 | 126,988.56 |
| 03/21/08 | 106 | DEBORAH K EBNER, Trustee | | 2200-000 | | 228.39 | 126,760.17 |
| 03/21/08 | 107 | INTERNAL REVENUE SERVICE | Ref # 10825422 | 5800-000 | | 2,650.36 | 124,109.81 |
| 03/21/08 | 108 | Illinois Dept. of Revenue | | 5800-000 | | 3,805.00 | 120,304.81 |
| 03/21/08 | 109 | Orange Lake | | 7100-000 | | 34.95 | 120,269.86 |
| 03/21/08 | 110 | Kohl's Department Store | | 7100-000 | | 46.33 | 120,223.53 |
| 03/21/08 | 111 | Chase Bank USA, N.A. | | 7100-000 | | 254.14 | 119,969.39 |
| 03/21/08 | 112 | Chase Bank USA, N.A. | | 7100-000 | | 740.80 | 119,228.59 |
| 03/21/08 | 113 | Discover Bank/Discover Financial Services | | 7100-000 | | 394.84 | 118,833.75 |
| 03/21/08 | 114 | Employer Outsource Service, Inc. | | 7100-000 | | 70,523.22 | 48,310.53 |
| 03/21/08 | 115 | MBNA America Ban NA | | 7100-000 | | 1,905.71 | 46,404.82 |
| 03/21/08 | 116 | Citibank (South Dakota) NA | | 7100-000 | | 474.83 | 45,929.99 |
| 03/21/08 | 117 | GE Capital Financial | | 7100-000 | | 722.87 | 45,207.12 |
| 03/21/08 | 118 | Comerica | | 4110-000 | | 45,207.12 | 0.00 |

Subtotals: $215,391.33    $215,391.33

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-57798 BB | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | Poska, Robert | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****52-66 - Checking Account |
| Taxpayer ID #: | 13-7497438 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/21/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 215,391.33 | 215,391.33 | $0.00 |
| | | | Less: Bank Transfers | | 215,391.33 | 0.00 | |
| | | | Subtotal | | 0.00 | 215,391.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $215,391.33 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CD # ***_*****52-19 | 1,745.19 | 0.00 | 0.00 |
| MMA # ***_*****52-65 | 2,327,170.10 | 2,113,523.96 | 0.00 |
| Checking # ***_*****52-66 | 0.00 | 215,391.33 | $0.00 |
| | $2,328,915.29 | $2,328,915.29 | |

{} Asset reference(s)